Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

PATRICIA GAYLE BROWN

CASE NO. 09-70414-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 3774 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: __9/24/2009__   Orig. Time: __11:00 AM__        Reset Date:                Reset Time:

B. Meeting Results:        __Adjourned__

C. Debtor(s):    __Debtor 1 Appeared__

D. Attorney for Debtor(s):    __Appeared__

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        9/25/2009    __$190.00__        First Payment Due Date:        __9/19/2009__

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:    __Complete__

    Budgeted Income:    __$4,151.09__    Expense:    __$3,961.09__    Surplus:    __$190.00__

    Plan Payment:    __$190.00__ __Monthly__                        Plan Term(Months):    __36__

I. Value of Non-Exempt Property:        __$1,340.00__    Proposed Amount to Unsecured Creditors:        __$0.00__

    Objection to Exemption of:

    ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set:    __12/23/2009__   Date Converted from Chapter 7:

J. Required Information:    __Good__

K. Business Information:

L. Object to Confirmation:    __Yes__

    Sch J excessive expenses $500 non-filing spouse's personal expenses
    Failure to include all disposable income

M. Financial Management Class:    __Debtor 1 Appeared__

N. Eligibility:

    Certificate of Credit Counseling Filed:    __Debtor 1 Only__

    Credit Counseling Provider Approved:                __Yes__

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    __No__

O. Domestic Support Obligation:        __$0.00__    Current:            Arrears:        __$0.00__

    Affidavit and Disclosure of Domestic Support Obligations Received:  __Yes__

P. Remarks:    Questions
        -Why did Mr. Brown not file?
    He did not want to.
        -Does he intend to file?
    No.
        -Just FYI but WW will deduct $380 per month unless it is corrected.
        -Only one car for Mr. and Mrs. Brown?
    Yes
        -Non-filing spouse's personal expenses of $500
         -Sch J has a full 2 person household expenses, why the additional $500 per month?
    Golf, books, smokes, gamble expenses
    Objections
        -Sch J excessive expenses $500 non-filing spouse's personal expenses

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

-Failure to include all disposable income

Dated:    <u>9/24/2009</u>

<u>/s/ Walter O'Cheskey</u>

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | 09-70414 | Page 3 of 4 |
|---|---|---|
| Debtor: | Brown | |
| Attorney: | MJW | |
| Presiding Officer: | Brent Hagan | |
| Calculation Date: | | 9/23/2009 13:15 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,699.00 | | | | $2,699.00 |
|---|---|---|---|---|---|
| Noticing Fees | $63.92 | | | | $63.92 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $1,340.00 | | | |
| Less Trustee Fees | $134.00 | | | |
| Less Attorney Fees | $2,699.00 | | | |
| Less Noticing Fees | $63.92 | Greater Of ---------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | $53,471.00 |
|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,062.81 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $6,840.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,777.19 |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | 0 | |
| **Debtor:** | 0 | |
| **Attorney:** | 0 | |
| **Presiding Officer:** | 0 | |
| **Calculation Date:** | | **9/23/2009 13:15** |

| | | |
|---|---|---|
| | | |
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007